# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| **1. Person Reporting** (last name, first, middle initial)<br><br>Atlas, Nancy F. | **2. Court or Organization**<br><br>U. S. District of Texas, Southern District of Texas | **3. Date of Report**<br><br>07/21/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>515 Rusk Street, Room 9015<br>Houston, TX 77002 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Associate Member | VICTORY (Houston American Cancer Society) |
| 2. Co-Trustee | Trust 1 |
| 3. Co-Trustee (see Section VIII, Section I, Note 1) | Trust 2 |
| 4. Co-Trustee (see Section VIII, Section I, Note 1) | Trust 3 |
| 5. Co-Trustee | Trust 4 |
| 6. Co-Trustee | Trust 5 |
| 7. Task Force Co-Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Trustee fees |
| 2. 2017 | Legal consulting fees |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PRBANK | 01/08/2018-01/12/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 2. | American Bar Association, Section of Litigation ("SOL") | 01/18/2018-01/20/2018 | Honolulu, HI | Winter Leadership Meeting | transportation, lodging, meals |
| 3. | PRBANK | 01/22/2018-01/24/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 4. | PRBANK | 01/30/2018-02/04/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 5. | PRBANK | 02/26/2018-03/01/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |

| | | | | | |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | PRBANK | 03/06/2018-03-12-2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 7. | Federal Judicial Center ("FJC") | 03/13/2018-03/14/2018 | New Orleans, LA | Bankruptcy Judge Mediation Training | transportation, lodging, meals |
| 8. | PRBANK | 04/02/2018-04/05/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 9. | PRBANK | 04/16/2018-04/18/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 10. | PRBANK | 04/30/2018-05/03/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 11. | PRBANK | 05/07/2018-05/09/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 12. | PRBANK | 05/14/2018-05/17/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 13. | Federal Judicial Center ("FJC") | 05/23/2018-05/25/2018 | Austin, TX | Fifth Circuit Judicial Conference | transportation, lodging, meals |
| 14. | Federal Judicial Center ("FJC") | 07/10/2018-07/12/2018 | Denver, CO | National Workshop for Bankruptcy Judges | transportation, lodging, meals |
| 15. | PRBANK | 07/30/2018-08/03/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |
| 16. | PRBANK | 08/06/2018-08/08/2018 | New York City, NY | Puerto Rico Mediation Bankruptcy | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V, Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | BBVA Compass Bank, Houston, TX | A | Interest | N | T | | | | | |
| 2. | DFSIX: MFO DFA Intl Small Co Portfolio Fund | A | Dividend | J | T | Sold (part) | 06/22/18 | J | A | |
| 3. | Dreyfus Appreciation Fund | E | Dividend | M | T | Buy (add'l) | 03/29/18 | J | | |
| 4. | | | | | | Buy (add'l) | 06/29/18 | J | | |
| 5. | | | | | | Buy (add'l) | 09/28/18 | J | | |
| 6. | | | | | | Buy (add'l) | 12/20/18 | K | | |
| 7. | Estate #2 | | | | | | | | | |
| 8. | -NOGXX- MFB Northern US Govt Money Market FDS | A | Interest | O | T | Buy | 10/30/18 | N | | |
| 9. | Real Property, Hidalgo Cy, Tx (X) | | None | | | Sold | 12/18/18 | N | | |
| 10. | -US Treas Bills 02-28-2019 | A | Interest | P1 | T | Buy | 10/30/18 | P1 | | |
| 11. | GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | J | T | Sold (part) | 06/15/18 | J | A | |
| 12. | IRA #2 | | | | | | | | | |
| 13. | -Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | K | T | | | | | |
| 14. | -Comcast Corp. New 5.7% Due 05-15-2018 BEO | B | Interest | | | Matured | 05/15/18 | K | | |
| 15. | -Deere John Cap Corp Medium Term NTS-Book 3.15% Due 10-15-2021 | B | Interest | L | T | | | | | |
| 16. | -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | B | Int./Div. | K | T | Sold (part) | 10/22/18 | K | C | |
| 17. | -JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | Sold (part) | 10/22/18 | K | B | |
| 19. | -NGREX - MFB Northern FDS Global Real Estate Index FD | B | Dividend | J | T | Sold (part) | 10/19/18 | K | B | |
| 20. | -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | D | Interest | L | T | Sold (part) | 10/09/18 | K | | |
| 21. | -NOBOX-MFB Northern FDS BD Index FD (Y) (FN 1) | | | | | | | | | |
| 22. | -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | B | Dividend | K | T | Sold (part) | 10/19/18 | L | A | |
| 23. | -NOGXX - MFB Northern US Govt Money Market FDS | B | Interest | N | T | | | | | |
| 24. | -NOINX - MFB Northern Intl Equity Index FD | C | Dividend | L | T | Sold (part) | 10/19/18 | L | C | |
| 25. | -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | K | T | Sold (part) | 10/19/18 | K | C | |
| 26. | | | | | | Buy (add'l) | 12/21/18 | J | | |
| 27. | -NOSIX - MFB Northern FDS STK Index FD | C | Dividend | M | T | Sold (part) | 10/19/18 | L | E | |
| 28. | | | | | | Buy (add'l) | 12/21/18 | J | | |
| 29. | -NSIDX- MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Sold (part) | 10/19/18 | K | C | |
| 30. | | | | | | Buy (add'l) | 12/21/18 | J | | |
| 31. | -Pfizer Inc. 5.2% 08-12-2020 REG | C | Interest | L | T | | | | | |
| 32. | -TDTT- MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index FD | A | Interest | K | T | | | | | |
| 33. | -Wells Fargo & Co 3.5% Due 03-08-2022 REG | B | Interest | K | T | | | | | |
| 34. | IRA #3 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -American Express Credit 2.6% 09-14-2020 | C | Interest | L | T | | | | | |
| 36. | -Chevron Corp Bnds 2.193% Due 11-15-2019 | B | Interest | L | T | | | | | |
| 37. | -Comcast Corp. New 5.7% Due 05-15-2018 BEO | B | Interest | | | Matured | 5/15/18 | L | | |
| 38. | -Deere John Cap Corp Medium Term NTS-Book 3.15% Due 10-15-2021 | B | Interest | L | T | | | | | |
| 39. | -Gen Elec Cap Corp 4.625% Due 01-07-2021 | C | Interest | M | T | | | | | |
| 40. | -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | D | Int./Div. | M | T | Sold (part) | 10/22/18 | L | D | |
| 41. | -JP Morgan Chase & Co 4.5% Due 01-24-2022 REG | C | Interest | L | T | | | | | |
| 42. | -Medtronic Inc. 3.15% Due 03-15-2022 REG | C | Interest | L | T | | | | | |
| 43. | -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | C | Dividend | L | T | Sold (part) | 10/22/18 | L | C | |
| 44. | -NGREX- MFB Northern FDS Global Real Estate Index FD | C | Dividend | K | T | Sold (part) | 10/19/18 | L | C | |
| 45. | -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | E | Interest | M | T | Sold (part) | 10/19/18 | M | | |
| 46. | -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | M | T | Sold (part) | 10/19/18 | M | C | |
| 47. | -NOGXX - MFB Northern US Govt Money Market FDS | C | Interest | P1 | T | | | | | |
| 48. | -NOINX - MFB Northern Intl Equity Index FD | D | Dividend | M | T | Sold (part) | 10/19/18 | M | D | |
| 49. | -NOMIX - MFB Northern Mid Cap Index FD | B | Dividend | M | T | Sold (part) | 10/19/18 | K | D | |
| 50. | | | | | | Buy (add'l) | 12/21/18 | J | | |
| 51. | -NOSIX - MFB Northern FDS STK Index FD | D | Dividend | O | T | Sold (part) | 10/19/18 | N | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 53.  -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Sold (part) | 10/19/18 | L | D | |
| 54. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 55.  -Shell Intl Fin B V 2.0% Due 11-15-2018 REG | B | Interest | | | Matured | 11/15/18 | L | | |
| 56.  -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | B | Interest | L | T | | | | | |
| 57.  -Toyota Mtr Cr Corp Medium Term NTS Book Entry Mtn 2.125% Due 07-18-2 | B | Interest | L | T | | | | | |
| 58.  -Wells Fargo & Co New Medium Term SR NTS Book Entry Tranche # TR 0016 | B | Interest | L | T | | | | | |
| 59.  -Westpac BKG Corp 2.15% Due 03-06-2020 REG | B | Interest | L | T | | | | | |
| 60.  IRA #5 | | | | | | | | | |
| 61.  -Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 62.  IRA #6 | | | | | | | | | |
| 63.  -Vanguard Small Cap Index Fund | C | Dividend | M | T | | | | | |
| 64.  -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 65.  -Vanguard Treasury Money Market Fund | A | Interest | J | T | | | | | |
| 66.  IRA #7 | | | | | | | | | |
| 67.  -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | | | | | |
| 68.  -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 70.  -NOINX-Northern Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 71.  -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | | | | | |
| 72.  -NSIDX - MFB Northern FDS Small Cap Index FD (FN 2) | A | Dividend | J | T | | | | | |
| 73.  IRA #8 | | | | | | | | | |
| 74.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | N | T | Buy | 12/12/18 | N | | |
| 75.  LLC # 1 | | | | | | | | | |
| 76.  -IJH MFC Ishares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 12/28/18 | K | | |
| 77.  -BHYIX-MFO Blackrock FDS V High Yield BD Port Instl C | B | Interest | L | T | Buy | 12/31/18 | K | | |
| 78.  -GUNR-MFC Flexshares TR Morningstar Global Upstream Nat Res Ind | A | Int./Div. | K | T | Buy | 08/08/18 | K | | |
| 79. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 80. | | | | | Sold (part) | 12/28/18 | J | | |
| 81.  -IWM-MFC Ishares TR Russell 2000 ETF | A | Dividend | J | T | Buy | 08/08/18 | J | | |
| 82. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 83. | | | | | Sold (part) | 12/28/18 | J | | |
| 84.  -NGREX-MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 85. | | | | | Sold (part) | 12/31/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -NMFIX-MFB Northern Multi Manager Global Listed Infrastructure | A | Dividend | J | T | Buy | 08/07/18 | J | | |
| 87. | | | | | Sold (part) | 12/31/18 | J | | |
| 88. -NMMEX-MFB Northern FDS Active M Emerging Markets Equity FD | A | Dividend | K | T | Buy | 08/07/18 | L | | |
| 89. | | | | | Buy (add'l) | 08/17/18 | J | | |
| 90. | | | | | Sold (part) | 12/31/18 | K | | |
| 91. -NOGXX-MFB Northern Funds US Govt Money Market FD | A | Interest | L | T | Buy | 08/31/18 | O | | |
| 92. -NOINX-MFB Northern Equity Index Funds Intl Eqt Index | C | Dividend | L | T | Buy | 08/07/18 | L | | |
| 93. | | | | | Sold (part) | 12/31/18 | K | | |
| 94. -NSITX-MFB Northern Fds Short Inter Tax Exempt FD | A | Interest | N | T | Buy | 08/07/18 | M | | |
| 95. | | | | | Buy (add'l) | 08/17/18 | K | | |
| 96. | | | | | Buy (add'l) | 12/31/18 | M | | |
| 97. -NTAUX-MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | M | T | Buy | 08/07/18 | M | | |
| 98. | | | | | Buy (add'l) | 08/17/18 | L | | |
| 99. -Real Property, Cameron Cnty, TX | | None | O | W | | | | | |
| 100. -SPY-MFC SPDR S&P 500 ETF Trust Units Ser 1 S&P | B | Dividend | M | T | Buy | 08/08/18 | M | | |
| 101. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 102. | | | | | Sold (part) | 12/28/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. LLC #2 | | | | | | | | | |
| 104. -BBVA Compass Bank, Houston, TX | | None | J | T | Open | 05/07/18 | K | | |
| 105. -Ojo Labs, Inc. | | | | U | Buy | 05/07/18 | K | | |
| 106. Nexus BSP LLC (was Nexus Resources, LLC- Preferred & Blind Squirrel) | | Int./Div. | N | U | | | | | |
| 107. NFRA-MFC Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | | | | | |
| 108. NGREX- MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Sold<br>(part) | 06/22/18 | J | A | |
| 109. NHFIX-MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | Buy<br>(add'l) | 06/15/18 | J | | |
| 110. | | | | | Sold<br>(part) | 06/22/18 | J | | |
| 111. | | | | | Buy<br>(add'l) | 07/24/18 | J | | |
| 112. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 113. NOEMX- MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Sold<br>(part) | 06/22/18 | J | A | |
| 114. | | | | | Sold<br>(part) | 09/14/18 | J | A | |
| 115. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 116. NOGXX- MFB Northern US Govt Money Market FDS | A | Interest | J | T | | | | | |
| 117. NOINX - MFB Northern Intl Equity Index FD | A | Dividend | J | T | Sold<br>(part) | 06/15/18 | J | A | |
| 118. | | | | | Sold<br>(part) | 06/22/18 | J | A | |
| 119. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NOITX - MFB Northern FDS Inter Tax Exempt FD | A | Interest | K | T | Buy (add'l) | 03/16/18 | J | | |
| 121. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 122. | | | | | Sold (part) | 06/22/18 | J | | |
| 123. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 124. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 125. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 126. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 127. NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | J | T | Sold (part) | 06/22/18 | J | A | |
| 128. NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | Sold (part) | 03/16/18 | J | B | |
| 129. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 130. | | | | | Sold (part) | 06/22/18 | J | C | |
| 131. | | | | | Sold (part) | 10/22/18 | J | A | |
| 132. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 133. NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | Sold (part) | 06/22/18 | J | A | |
| 134. ▓▓▓▓▓▓▓▓▓▓ (FN 3) | | None | J | T | | 01/31/18 | J | | |
| 135. TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | J | T | Sold (part) | 06/25/18 | J | | |
| 136. | | | | | Sold (part) | 07/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  TPG Partners V, L.P. (FN 4) | C | Int./Div. | K | U | | | | | |
| 138.  ▨ 401(K) (FN 5) | | | | | | | | | |
| 139.  -Goldman Sachs Actively Managed Bond Fund | | None | | | Sold (part) | 09/19/18 | L | | |
| 140. | | | | | Sold | 11/14/18 | K | | |
| 141.  -State Street S&P 500 Ind NL Ser K | | None | N | T | Sold (part) | 03/21/18 | K | | |
| 142. | | | | | Sold (part) | 10/17/18 | J | | |
| 143. | | | | | Sold (part) | 11/14/18 | L | | |
| 144. | | | | | Sold (part) | 11/14/18 | N | | |
| 145.  -State Street US Bd Ind NL Ser CI K | | None | O | T | Sold (part) | 07/18/18 | J | | |
| 146. | | | | | Buy (add'l) | 11/14/18 | L | | |
| 147. | | | | | Buy (add'l) | 11/14/18 | O | | |
| 148.  -State Street US InfProt Bd Ind CI C | | None | N | T | Buy (add'l) | 03/21/18 | K | | |
| 149. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 150. | | | | | Sold (part) | 07/18/18 | K | | |
| 151. | | | | | Sold (part) | 10/17/18 | K | | |
| 152. | | | | | Buy (add'l) | 11/14/18 | L | | |
| 153. | | | | | Buy (add'l) | 11/14/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -State Street Global AllCap Eq Ex-US Ind NL Ser CI K | | None | O | T | Sold (part) | 06/20/18 | J | | |
| 155. | | | | | Buy (add'l) | 09/18/18 | L | | |
| 156. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 157. | | | | | Sold (part) | 11/14/18 | K | | |
| 158. | | | | | Sold (part) | 11/14/18 | N | | |
| 159.  -State Street Russell Small/Mid/Cap Ind NL Ser CI K | | None | M | T | Buy (add'l) | 06/20/18 | J | | |
| 160. | | | | | Buy (add'l) | 07/18/18 | K | | |
| 161. | | | | | Buy (add'l) | 10/17/18 | K | | |
| 162. | | | | | Sold (part) | 11/14/18 | L | | |
| 163. | | | | | Sold (part) | 11/14/18 | M | | |
| 164.  VFF II FAF L.P. (FN 6) | F | Int./Div. | M | U | | | | | |
| 165.  VFF II FAF, L.P. (Cayman) | | Int./Div. | K | U | | | | | |
| 166.  Wegoma Berkshire VII, LLC (FN 7) | | Int./Div. | | U | | | | | |
| 167.  TRUST 1 | | | | | | | | | |
| 168.  -Dreyfus Appreciation Fund | G | Dividend | O | T | | | | | |
| 169.  TRUST 4 (FN 8) | | | | | | | | | |
| 170.  -BBVA Compass Bank, Houston, TX Acct. #6 | | | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Pacific Life Insurance Company | | | | | | | | | |
| 172.  --BlackRock - Equity Index (formerly "Equity Index-BlackRock") | | | L | T | | | | | |
| 173.  --ClearBridge Invs. LLC Var Mid Cap Core CL II | | | K | T | | | | | |
| 174.  --Fidelity VIP Govt Money Market SC | | | J | T | | | | | |
| 175.  --Franklin and BlackRock Small-Cap Equity | | | K | T | | | | | |
| 176.  --MFS Inv Mgemt. Int'l Large-Cap | | | L | T | | | | | |
| 177.  --Oppenheimer Funds Inc. Emerging Markets | | | K | T | | | | | |
| 178.  --Pacific Asset Mgemt High Yield Bond | | | K | T | | | | | |
| 179.  --PIMCO Inflation Managed | | | J | T | | | | | |
| 180.  --PIMCO Managed Bond | | | L | T | | | | | |
| 181.  -- Principal Real Estate (formerly "Morgan Stanley Real Estate) | | | K | T | | | | | |
| 182.  --QS Investors Int'l Small Cap | | | J | T | | | | | |
| 183.  --T Rowe Price Dividend Growth Portfolio | | | L | T | | | | | |
| 184.  --Van Eck Worldwide Ins. Trust VIP Global Hard Assets | | | K | T | | | | | |
| 185.  TRUST 5 | | | | | | | | | |
| 186.  -BBVA Compass Bank, Houston, TX Acct. #7 | | None | | | Closed | 12/19/18 | | | |
| 187.  TRUST 6 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Baltimore Cnty MD 4% 08-01-2020 BEO | A | Interest | K | T | | | | | |
| 189.  -Baltimore Cnty MD 5% Due 03-01-2019 BEO | B | Interest | L | T | | | | | |
| 190.  -Carroll Cnty MD 5% 11-01-2021 BEO | B | Interest | K | T | | | | | |
| 191.  -Clatsop Cnty Ore Sch Dist No 010 4.0% Due 06-15-2021 BEO | B | Interest | L | T | | | | | |
| 192.  -Connecticut St. Revolving FD Gen Rev 3.0% Due 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 193.  -Denver COLO City & Cnty Sch Dist No 1 5% 12-01-2021 BEO | B | Interest | K | T | | | | | |
| 194.  -Fairfax Cnty VA 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 195.  -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index | A | Int./Div. | K | T | | | | | |
| 196.  -Kansas St Dev Fin Auth Rev 5% 02-01-2021 BEO | B | Interest | K | T | | | | | |
| 197.  -Maricopa Cnty Ariz Sch Dist No 3 Tempe Elem 3.5% Due 07-01-2022 | B | Interest | L | T | | | | | |
| 198.  -Massachusetts St. 4% 08-01-2019 BEO | B | Interest | L | T | | | | | |
| 199.  -Minnesota St 5% 10-01-2020 BEO | B | Interest | K | T | | | | | |
| 200.  -New York NY City Transitional Fin Auth Rev 5% 05-01-2028 BEO | A | Interest | | | Matured | 05/01/18 | | | |
| 201.  -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |
| 202.  -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | A | Dividend | L | T | | | | | |
| 203.  -NOGXX: MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 204.  -NOINX: MFB Northern Intl Equity Index FD | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -North Kansas City MO Sch Dist No 74 5% 03-01-2019 BEO | B | Interest | L | T | | | | | |
| 206. -NOSIX: MFB Northern FDS STK Index Fd | B | Interest | L | T | Buy (add'l) | 12/21/18 | J | | |
| 207. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 208. -Phoenix Ariz Civic Impt Corp Tran Excise Tax Rev 5% 07-1-2019 BEO | B | Interest | K | T | | | | | |
| 209. -Real Property, Travis Cty, TX | D | Rent | N | Q | | | | | |
| 210. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | | | | | |
| 211. TRUST 7 | | | | | | | | | |
| 212. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrstrcture Index FD | B | Dividend | K | T | | | | | |
| 213. -NGREX: MFB Northern FDS Global Real Estate Index FD | C | Dividend | L | T | | | | | |
| 214. -NMHYX: MFB Northern FundsMulti Manager High Yield Opportunity Fund | D | Dividend | M | T | | | | | |
| 215. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | A | Dividend | L | T | | | | | |
| 216. -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 217. -NOINX: MFB Northn Intl Eqty Index FD | D | Dividend | M | T | | | | | |
| 218. -NOMIX: MFB Northn Mid Cap Index FD | B | Dividend | M | T | Buy (add'l) | 12/21/18 | J | | |
| 219. -NOSIX: MFB Northern FDS Stk Index FD | D | Dividend | O | T | Buy (add'l) | 12/21/18 | J | | |
| 220. -NSIDX: MFB Northern FDS Small Cap Index FD | B | Dividend | L | T | Buy (add'l) | 12/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221.  PCRIX: MFO PIMCO FDS PAC INVT MGMT SER COMMODITY REALRETURN STRATEGY F | B | Dividend | K | T | Buy (add'l) | 01/02/18 | K | | |
| 222.  -Real Property, Travis Cty, TX | D | Rent | N | Q | | | | | |
| 223.  TRUST 8 | | | | | | | | | |
| 224.  -GUNR: MFC Flexshres TR Morningstar Global Upstream Nat Res Index FD | B | Int./Div. | L | T | | | | | |
| 225.  -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | | | | | |
| 226.  -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | K | T | | | | | |
| 227.  -NHFIX: MFB Northn Hi Yield Fxd Inc FD | D | Interest | L | T | | | | | |
| 228.  -NOEMX: MFB Northn Fds Emerging Mkts Eqty Eqty Index FD | C | Dividend | M | T | Buy (add'l) | 01/24/18 | J | | |
| 229.  -NOGXX - MFB Northern US Govt Money Market FDS | A | Interest | K | T | | | | | |
| 230.  -NOINX: MFB Northn Intl Eqty Index FD | C | Dividend | M | T | Buy (add'l) | 01/24/18 | J | | |
| 231.  -NOITX: MFB Northern Funds Inter Tax Exempt FD | C | Interest | M | T | Sold (part) | 01/24/18 | K | | |
| 232.  -NOMIX: MFB Northn Mid Cap Index FD | A | Dividend | K | T | Buy (add'l) | 12/21/18 | J | | |
| 233.  -NOSIX: MFB Northern FDS Stk Index FD | C | Dividend | M | T | Buy (add'l) | 12/21/18 | J | | |
| 234.  -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy (add'l) | 12/21/18 | J | | |
| 235.  - NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | A | Interest | L | T | | | | | |
| 236.  -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 238. TRUST 9 | | | | | | | | | |
| 239. -Alabama Fed Aid Hwy Fin Auth Spl Oblig Rev 5.0% Due 09-01-2025 BEO | B | Interest | K | T | | | | | |
| 240. -Bay Area Toll Auth Calif Toll Brdg Rev Rmrktd 2.0% Due 04-01-2053 / | A | Interest | K | T | | | | | |
| 241. -Bellmore-Merrick NY Cent High Sch Dist 2% 07-15-2024 BEO | A | Interest | K | T | | | | | |
| 242. -California St 5.0% Due 10-01-2024 BEO | A | Interest | K | T | Buy | 03/15/18 | K | | |
| 243. -Chippewa Falls Wis Area Uni Sch Dist. 5.0% Due 03-01-2027/03-01-2026 | | None | K | T | Buy | 08/14/18 | K | | |
| 244. -Colorado Springs Colo Utils Rev 5% Due 11-15-2025 BEO | A | Interest | K | T | Buy | 07/10/18 | K | | |
| 245. -Connecticut St 5% 10-15-2020 BEO | A | Interest | K | T | Buy | 02/08/18 | K | | |
| 246. -Florida St Brd Ed Lottery Rev 5.25% 07-01-2026 BEO | B | Interest | | | Sold | 01/05/18 | L | A | |
| 247. -Florida St Brd Ed Pub Ed 4% 06-01-2023 BEO | B | Interest | L | T | | | | | |
| 248. -Kansas St Dev Fin Auth Rev 5% 12-01-2021 BEO | B | Interest | L | T | | | | | |
| 249. -Massachusetts St. 5% 07-01-2023 BEO | B | Interest | K | T | | | | | |
| 250. -Metro Wastewtr Reclamation Dist Colo Swrrev 5% 04-01-2020 BEO | A | Interest | | | Sold | 04/05/18 | K | | |
| 251. -Metropolitan Council Minn Minneapolis-StPaul Met Area 5% 03-01-2022 | B | Interest | K | T | | | | | |
| 252. -New York NY City Transitional Fin Auth Rev 5% 5-01-2028 BEO | A | Interest | | | Sold | 01/15/18 | J | A | |
| 253. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | A | Dividend | K | T | | | | | |
| 255. -NOGXX - MFB Northern US Govt Money Market FDS | B | Interest | L | T | | | | | |
| 256. -NOINX: MFB Northern Intl Equity Index FD | B | Dividend | L | T | | | | | |
| 257. -NOSIX: MFB Northern FDS STK Index FD | C | Dividend | M | T | Buy (add'l) | 12/21/18 | J | | |
| 258. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 259. -Phoenix Ariz 4% Due 07-01-2024 BEO | B | Interest | K | T | | | | | |
| 260. -San Francisco Calif City & Cnty Pub Utils Commn Wtr Rev 5% Due 11-01 | B | Interest | K | T | | | | | |
| 261. -TDTT: MFC Flexshares Tr Tr Iboxx 3 yr Target Duration Tips Index FD | A | Interest | K | T | | | | | |
| 262. -Texas Transn Commn St Hwy FD Rev 3% Due 10-01-2021 BEO | A | Interest | K | T | | | | | |
| 263. -Triborough Brdg & Tunl Auth NY Revs 5% 11-15-2021 BEO | B | Interest | K | T | | | | | |
| 264. -Trinity River Auth Tex Regl Wastewtr Sysrev 3.0% Due 08-01-2023 BEO | A | Interest | K | T | | | | | |
| 265. -Tucson Ariz 3% 07-01-2021 BEO | A | Interest | | | Sold | 07/06/18 | K | A | |
| 266. -Virginia Comwlth Transn Brd Transn Rev 5.0% Due 05-15-2025 BEO | B | Interest | K | T | | | | | |
| 267. -Wake Cnty N C 5.0% Due 03-01-2025 BEO | B | Interest | K | T | | | | | |
| 268. -Washington St 5% Due 07-01-2024 BEO | B | Interest | K | T | | | | | |
| 269. -Washington St 5% Due 08-01-2021 BEO | B | Interest | K | T | | | | | |
| 270. TRUST 10 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271.  -DFISX: MFO DFA Intl Small Co Portfolio Fund | B | Dividend | | | Sold (part) | 03/16/18 | J | A | |
| 272. | | | | | Sold (part) | 06/15/18 | J | A | |
| 273. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 274. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 275. | | | | | Sold | 12/20/18 | K | | |
| 276.  -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | C | Int./Div. | L | T | Sold (part) | 03/16/18 | J | A | |
| 277. | | | | | Sold (part) | 07/20/18 | K | B | |
| 278. | | | | | Sold (part) | 10/22/18 | J | A | |
| 279.  -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Buy (add'l) | 03/20/18 | J | | |
| 280. | | | | | Sold (part) | 07/20/18 | J | A | |
| 281. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 282.  -NGREX: MFB Northern FDS Global Real Estate Index FD | A | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 283. | | | | | Sold (part) | 07/20/18 | J | A | |
| 284. | | | | | Buy (add'l) | 10/22/18 | K | | |
| 285.  -NHFIX: MFB Northern Hi Yield Fxd Inc FD | D | Interest | | | Buy (add'l) | 03/16/18 | J | | |
| 286. | | | | | Buy (add'l) | 9/14/18 | J | | |
| 287. | | | | | Sold (part) | 10/22/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. | | | | | Sold | 12/20/18 | M | D | |
| 289. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity Fund | A | Interest | M | T | Buy | 12/20/18 | M | | |
| 290. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | M | T | Buy (add'l) | 07/20/18 | K | | |
| 291. | | | | | Sold (part) | 09/14/18 | K | | |
| 292. | | | | | Sold (part) | 10/22/18 | J | | |
| 293. -NOGXX - MFB Northern US Govt Money Market FDS | B | Interest | M | T | | | | | |
| 294. -NOINX: MFB Northern Intl Equity Index FD | D | Dividend | N | T | Buy (add'l) | 03/16/18 | J | | |
| 295. | | | | | Sold (part) | 06/15/18 | J | B | |
| 296. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 297. | | | | | Sold (part) | 12/26/18 | J | | |
| 298. -NOMIX: MFB Northern Mid Cap Index FD | B | Dividend | L | T | Buy (add'l) | 07/20/18 | J | A | |
| 299. | | | | | Sold (part) | 10/22/18 | J | | |
| 300. | | | | | Buy (add'l) | 12/21/18 | J | A | |
| 301. | | | | | Sold (part) | 12/26/18 | J | | |
| 302. -NOSIX: MFB Northern FDS STK Index FD | D | Dividend | N | T | Sold (part) | 03/16/18 | K | C | |
| 303. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 304. | | | | | Buy (add'l) | 07/20/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 305. | | | | | Sold<br>(part) | 09/14/18 | J | A | |
| 306. | | | | | Sold<br>(part) | 10/22/18 | K | C | |
| 307. | | | | | Buy<br>(add'l) | 12/21/18 | K | | |
| 308. | | | | | Sold<br>(part) | 12/26/18 | J | B | |
| 309. -NSIDX: MFB Northern FDS Small Cap<br>Index FD | A | Dividend | K | T | Sold<br>(part) | 06/15/18 | J | A | |
| 310. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 311. | | | | | Sold<br>(part) | 12/26/18 | J | | |
| 312. -VEU: MFC Vanguard Intl Equity Index<br>FDS Vanguard FTSE All World Ex | A | Dividend | K | T | Buy | 12/21/18 | K | | |
| 313. TRUST 11 (X) (FN 9) | | | | | | | | | |
| 314. -GUNR: MFC Flexshares TR Morningstar<br>Global Upstream Nat Res Ind FD | A | Int./Div. | J | T | | | | | |
| 315. -IWB: MFC Ishares TR Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 316. -IWR: MFC Ishares TR Russell Mid-Cap<br>ETF | A | Dividend | J | T | | | | | |
| 317. -NGREX: MFB Northern FDS Global Real<br>Estate Index FD | A | Dividend | J | T | | | | | |
| 318. -NMFIX: MFB Northern Multi Manager<br>Global Listed Infrastructure | A | Dividend | J | T | | | | | |
| 319. -NMHYX: MFB Northern Funds Multi<br>Manager High Yield Opportunity | A | Dividend | K | T | | | | | |
| 320. -NMMEX: MFB Northern FDS Multi-<br>Manager Emerging Mkts FD | A | Dividend | J | T | | | | | |
| 321. -NOGXX - MFB Northern US Govt Money<br>Market FDS | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 322. -NOINX: MFB Northern Intl Equity Index FD | A | Dividend | K | T | | | | | |
| 323. -NOITX: MFB Northern Funds Inter Tax Exempt FD | A | Interest | K | T | | | | | |
| 324. -NSITX: MFB Northern FDS Short Inter Tax Exempt | A | Interest | K | T | | | | | |
| 325. Trust 12 | | | | | | | | | |
| 326. -Austin Tex 5.0% Due 09-01-2024 BEO | D | Interest | | | Sold | 10/17/18 | M | | |
| 327. -Beaufort Cnty S C Sch Dist 5.0% Due 03-01-2021 | C | Interest | L | T | | | | | |
| 328. -Bismarck N D 5.0% Due 05-01-2022 | C | Interest | M | T | | | | | |
| 329. -Connecticut St 5.0% DUE 10-15-2020 BEO | C | Interest | L | T | | | | | |
| 330. -Florida St Brd Ed Lottery Rev 5.25% Due 07-01-2026/ 07-01-2018 | C | Interest | | | Matured | 07/12/18 | L | A | |
| 331. -Georgia St 5.0% Due 07-01-2021 BEO | C | Interest | L | T | | | | | |
| 332. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat Res Ind | A | Int./Div. | J | T | Sold (part) | 10/16/18 | J | A | |
| 333. -IWB: MFC Ishares TR Russell 1000 ETF | D | Dividend | N | T | Sold (part) | 7/13/18 | L | E | |
| 334. | | | | | Sold (part) | 10/16/18 | M | E | |
| 335. - IWR: MFC Ishares TR Russell Mid-Cap ETF | C | Dividend | M | T | Sold (part) | 10/16/18 | K | D | |
| 336. -Logan City Utah Sch Dist 5.0% Due 06-15-2021 BEO | C | Interest | L | T | | | | | |
| 337. -Mecklenburg Cnty N C 5.0% Due 12-01-2021 BEO | C | Interest | M | T | | | | | |
| 338. -Metropolitan Transn Auth NY Rev 5.0% Due 11--15-2021 BEO | C | Interest | | | Sold | 10/17/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. -Missouri St Environmental Impt & Energy Res Auth Wtr Pollutn Ctl | D | Interest | | | Sold | 10/17/18 | M | | |
| 340. -New York NY City Transitional Fin Auth Rev 5.0% Due 05-01-2028 | A | Interest | | | Matured | 05/01/18 | K | A | |
| 341. -New York St Dorm Auth St Pers Income TaxRev Unrefunded Balance | C | Interest | L | T | | | | | |
| 342. -NGREX: MFB Northern FDS Global Real Estate Index FD | B | Dividend | L | T | Sold (part) | 10/15/18 | J | | |
| 343. -NMFIX: MFB Northern Multi Manager Global Listed Infrastructure | B | Dividend | K | T | Sold (part) | 10/15/18 | J | B | |
| 344. -NMHYX: MFB Northern Funds Multi Manager High Yield Opportunity | D | Dividend | M | T | Sold (part) | 10/15/18 | K | C | |
| 345. -NMMEX: MFB Northern FDS Multi-Manager Emerging Mkts FD | A | Dividend | L | T | Sold (part) | 10/15/18 | K | C | |
| 346. -NOGXX - MFB Northern US Govt Money Market FDS | C | Interest | O | T | | | | | |
| 347. -NOINX: MFB Northern Intl Equity Index FD | D | Dividend | M | T | Sold (part) | 07/12/18 | K | D | |
| 348. | | | | | Sold (part) | 07/16/18 | K | D | |
| 349. | | | | | Sold (part) | 10/15/18 | K | C | |
| 350. -NTAUX: MFB Northern Funds Tax Advantaged Ultra Short Fixed | B | Interest | L | T | Sold (part) | 07/16/18 | K | | |
| 351. -Pennsylvania St 5.0% Due 05-01-2020 BEO | C | Interest | L | T | | | | | |
| 352. -Portland Ore Swr Sys Rev 5.0% Due 06-01-2021 | C | Interest | L | T | | | | | |
| 353. -Texas St Fltg Rt.5.0% Due 10-01-2022 BEO (was TX St. 5% Due 10-01-22) | C | Interest | M | T | | | | | |
| 354. Trust 13 | | | | | | | | | |
| 355. -NOGXX- MFB Northern US Govt Money Market FDS (X) (FN10) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I Notes:

(1)  Neither I nor my spouse has a beneficial interest in Trust 2 or Trust 3.  Nor did we create either trust.

Section V Notes:

(1)  A few times each year, friends invite        and me to sit with them at tables they have purchased at charity events.  We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events.  Since my confirmation, each time a friend has invited us to sit at his/her table,       has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event.  Each time, the invitation has come from a close friend whose friendship long predated my nomination.  A few of those friends are lawyers and could someday represent clients in my court.  To my knowledge, none of those friends was a party or represented clients in my court at the time of either their invitation to attend the event or the event at which we sat at their table.

Section VII Notes:

(1) The "Sold (part)" on 2/27/17 listed on the 2017 FDR should have been listed as "Sold."

(2) The "Sold" listed on the 2017 FDR for this asset was an error.

(3)  A loan was made, if any, on the date listed in column D(2) in the amount shown in column D(3).

(4)  TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. There were no capital calls this year.

(5)  Lines reflecting no income in this 401(k) are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

(6)  Vista Equity Partners' VFF II FAF, L.P. is a private equity fund.  In response to periodic capital calls, we invested an amount within category J on 1/05/18, 5/21/18, 6/28/18, 10/12/18, and 12/26/18.

(7)  Wegoma Berkshire VII, L.P. is a private equity fund.  There were no capital calls this year.

(8)  All the assets in Trust 4 except BBVA Compass Bank are investments funded by the cash value of the Pacific Life Insurance Co. life insurance policy (listed on line 17).  Assets in lines 172 - 184 are part of that life insurance policy.  Pacific Life informed       that it cannot provide the income for any year.  Company representatives explained that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value.  In addition, according to the company, under applicable government regulations an insurance policy is considered an asset, not an investment.

(9)  This asset was transferred in 10/30/18 from a relative's personal account after    death.

(10)  The asset in Trust 13 was inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 07/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544